FLEISCHER *v.* W. P. I. X., INC., ET AL.

No. 78, Misc.  Decided October 8, 1962.

*Gustave B. Garfield* for appellant.

*Daniel Huttenbrauck* and *Seymour Shainswit* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.